COUNTRY LUMBER, INC. *v.* NEW HAVEN SAVINGS
BANK ET AL.
(13410)

O'CONNELL, FOTI and LAVERY, Js.

Argued March 21—decision released April 25, 1995

*Walter A. DeAndrade,* for the appellant (plaintiff).

*David A. Ball,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.